# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00292-CV

## In re D. C.

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of habeas corpus complaining of ineffective assistance of counsel and lack of knowing and voluntary waiver of the right to a trial preceding her entry into a written plea agreement with the State of Texas, under which she plead true to charges of delinquent conduct and received a determinate sentence of 20 years confinement. Having reviewed the petition and the record provided, we dismiss the petition for want of jurisdiction. *See* Tex. R. App. P. 52.8(a). Although we have appellate jurisdiction to review a trial court's order denying habeas relief, *see Ex parte Valle*, 104 S.W.3d 888, 890 (Tex. Crim. App. 2003), we do not have original jurisdiction in habeas cases except in very narrow circumstances not implicated here. *See* Tex. Gov't Code Ann. § 22.221(d); *see also In re Reece*, 341 S.W.3d 360, 364 n.3 (Tex. 2011) (orig. proceeding); *In re J.M.W.*, No. 12–17–00043–CV, 2017 WL 513056, at *1 (Tex. App.—Tyler Feb. 8, 2017, orig. proceeding) (mem. op.). Accordingly, the petition is dismissed.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed:   June 13, 2023